## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Simon Chikhladze

                    Plaintiff,

v.                                        Case No.: 1:25−cv−02590
                                        Honorable Sara L. Ellis

Mette Frederiksen, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 27, 2025:

      MINUTE entry before the Honorable Sara L. Ellis: The Court grants Plaintiff's motion to voluntarily dismiss [12] and dismisses this case with prejudice. The Court terminates all pending motions as moot. Case closed. Civil case terminated. Emailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.